| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Peter Shimamoto<br>Victoria Niewrzol<br>Affeld Grivakes Zucker, LLP<br>2049 Century Park East, Ste 2460, Los Angeles, CA 90067<br>TELEPHONE NO.: (310) 979-8700     FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Debra Black | |

| | |
|---|---|
| United States District Court Central District of California<br>STREET ADDRESS: 312 N. Spring Street<br>MAILING ADDRESS: 312 N. Spring Street<br>CITY AND ZIP CODE: Los Angeles 90012<br>BRANCH NAME: Central District | |

| | CASE NUMBER: |
|---|---|
| PLAINTIFF/PETITIONER: Debra Black, an individual<br><br>DEFENDANT/RESPONDENT: Galerie XX, a California corporation | 2:16-cv-5397 |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   a. [ ] summons
   b. [ ] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):* See Attached

3. a. Party served *(specify name of party as shown on documents served):*
      Benjamin Storck, an individual

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:
   1295 N. Via Monte Vista, Palm Springs, CA 92262

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*          (2) at *(time):*
   b. [✓] **by substituted service.** On *(date):* 7-30-16     at *(time):* 9:53am   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
      John "Doe", Occupant, White, Male, 30's, 5'8, 160lbs, Brown Hair, Brown Eyes

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [✓] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [✓] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):* 8-2-16   from *(city):* Los Angeles      or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Debra Black, an individual | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Galerie XX, a California corporation | 2:16-cv-5397 |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                 (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. ☑ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify):*
    under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)          ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)          ☐ 415.46 (occupant)
                            ☐ other:

7. **Person who served papers**
  a. Name: Douglas Roman
  b. Address: 816 S. Figueroa Street, Ste 100, Los Angeles, CA 90017
  c. Telephone number: (213) 327-0014
  d. **The fee** for service was: $
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ a registered California process server:
      (i) ☐ owner   ☐ employee  ☑ independent contractor.
      (ii) Registration No.: 1645
      (iii) County: Riverside

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ *I am a California sheriff or marshal and* I certify that the foregoing is true and correct.

Date: 8-2-16

Douglas Roman
<br>
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶                               (SIGNATURE)

### ***Attachment***

1. Summons In A Civil Action
2. First Amended Complaint
3. Civil Cover Sheet
4. Certification And Notice Of Interested Parties
5. Notice Of Assignment To United States Judges
6. Notice To Parties Of Court-Directed ADR Program

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| AFFELD GRIVAKES ZUCKER, LLP<br>2049 CENTURY PARK EAST<br>STE 2460<br>Century City, CA 90067<br><br>Telephone No: (310) 979-8700 | | |

| Attorney for: Plaintiff | Ref. No or File No.:<br>14858 |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
  United States District Court, Central District Of California

Plaintiff: DEBRA BLACK, an individual
Defendant: GALERIE XX, a California corporation

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:16-cv-5397 |
|---|---|---|---|---|

1. I, DOUGLAS ROMAN, and any employee or independent contractors retained by County Legal Attorney Service are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant BENJAMIN STORCK, an individual as follows:

2. *Documents:*  SUMMONS IN A CIVIL ACTION FIRST AMENDED COMPLAINT; CIVIL CASE COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 07/27/16 | 4:29pm | Home | SPOKE TO AN INDIVIDUAL THAT CONFIRMED HE WAS BENJAMIN STORCK, HOWEVER AFTER SEEING THE DOCUMENTS HE CHANGED HIS MIND AND CLOSED THE DOOR. Attempt made by: DOUGLAS ROMAN. Attempt at: 1295 N. VIA MONTE VISTA  Palm Springs, CA 92262. |
| Fri | 07/29/16 | 11:50am | Home | NO ANSWER, NO ACTIVITY. Attempt made by: DOUGLAS ROMAN. Attempt at: 1295 N. VIA MONTE VISTA  Palm Springs, CA 92262. |
| Sat | 07/30/16 | 9:53am | Home | LEFT PAPERS WITH MALE OCCUPANT WHO REFUSED I.D. Attempt made by: DOUGLAS ROMAN. Attempt at: 1295 N. VIA MONTE VISTA  Palm Springs, CA 92262. |
| Sat | 07/30/16 | 9:53am | Home | Substituted Service on: BENJAMIN STORCK, an individual Home - 1295 N. VIA MONTE VISTA Palm Springs, CA 92262 by Serving: JOHN "DOE", Occupant, White, Male, 30 Years Old, Brown Hair, Brown Eyes, 5 Feet 8 Inches, 160 Pounds Member Household over 18 by leaving a copy of the document(s) with: JOHN "DOE", Occupant.  Served by: DOUGLAS ROMAN |
| Tue | 08/02/16 | | | Mailed copy of Documents to: BENJAMIN STORCK, an individual |

3. *Person Executing*
   a. DOUGLAS ROMAN
   b. **County Legal Attorney Service**
      816 S. Figueroa Street
      Suite 100
      LOS ANGELES, CA 90017
   c. (213) 327-0014

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for service was:
   e. **I am:**  (3) registered California process server
      (i)   Owner
      (ii)  *Registration No.:*  1645
      (iii) *County:*  Riverside

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Wed, Aug. 10, 2016

_____
(DOUGLAS ROMAN)

AFFIDAVIT OF REASONABLE DILIGENCE

2065.affgr.2061