Susan Balistocky, Attorney, SBN# 144462
1901 Avenue of the Stars, Suite 1900
Los Angeles, CA 90067
(310) 505-8887
suebalistocky@gmail.com

Attorney for Defendants Benjamin Storck,
and Galerie XX

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DEBRA BLACK ) Case No.: CV16-5397 PA(JPRx)
)
        Plaintiff, )
) DECLARATION OF SUSAN BALISTOCKY
  vs. )
)
GALERIE XX, et al., )
)
        Defendants )

I, Susan Balistocky, declare under penalty of perjury under the laws of the United States of America that the following is true, correct and of my own personal knowledge.

1.    I substituted into the above cited case on behalf of the defendants, Benjamin Storck, Galerie XX.

2.    At the time I the substitution of attorney forms were signed and filed, I had seen and was aware of the 26 page Civil Trial Scheduling Order signed by his honor Judge Percy Anderson on January 5, 2017. I am attaching the cover page of the Scheduling Order (Document 47)so that there is no misunderstanding as to what dates I was aware of when I agreed to take on defendants' representation.

1

DECLARATION OF SUSAN BALISTOCKY

3. I intend to abide by these dates and know of no reasons at this time to request a delay or continuance of these dates.

Executed in Los Angeles, California on February 2, 2017.

_____
SUSAN BALISTOCKY, DECLARANT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA BLACK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GALERIE XX, et al.,<br><br>　　　　Defendant. | Case No. CV16-5397 PA (JPRx)<br><br>CIVIL TRIAL SCHEDULING ORDER [FED. R. CIV. P. 16(b)]<br><br>1. Establishing a Discovery Cut-off Date of 6/26/2017<br><br>2. Setting Motion Cut-off date of 7/3/2017<br><br>3. Setting Final Pretrial Conference for 8/4/2017, at 1:30 p.m.<br><br>4. Setting Jury Trial Date of 9/5/2017, at 9:00 a.m. |

I.  **SCHEDULING**

　　A.  **Discovery Cut-Off**

　　This is the last date to complete discovery, including expert discovery, and the resolution of any discovery motions before the magistrate judge. If expert witnesses are to be called at trial, the parties shall designate experts to be called at trial and provide reports required by Fed. R. Civ. P. 26(a)(2)(B), not later than eight weeks prior to the discovery cutoff date. Rebuttal expert witnesses shall be designated and reports provided as required by Fed. R. Civ. P. 26(a)(2)(B), not later than five weeks prior to the discovery cutoff date.