FAYER GIPSON LLP
Peter Shimamoto (State Bar No. 123422)
   pshimamoto@fayergipson.com
Michelle K. Millard (State Bar No. 298245)
   mmillard@fayergipson.com
2029 Century Park East, Suite 3535
Los Angeles, California 90067
Telephone: (310) 557-3558
Facsimile: (310) 557-3589

Attorneys for Plaintiff
DEBRA BLACK

LAW OFFICE OF SUSAN BALISTOCKY
Susan Balistocky (State Bar No. 144462)
1901 Avenue of the Stars, #200
Los Angeles, CA 90067
Telephone:(310) 505-8887

Attorneys for Defendants Galerie XX
and Benjamin Storck

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DEBRA BLACK, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>GALERIE XX., a California corporation, and BENJAMIN STORCK, an individual, and DOES 1 through 10,<br><br>    Defendants. | Case No. 2:16-cv-05397-PA (JPRx)<br>Hon. Percy Anderson<br><br>**ORDER OF DISMISSAL**<br>Complaint Filed:   July 20, 2016 |

418597.1

[PROPOSED] ORDER OF DISMISSAL

**[PROPOSED] ORDER OF DISMISSAL**

The above-entitled action, including all claims and counterclaims asserted therein, is hereby dismissed in its entirety with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: January 5, 2018

_____
Hon. Percy Anderson
United States District Judge